IN THE SUPREME COURT OF THE STATE OF NEVADA

INTEGRITY WEALTH BUILDERS, LLC; AND HILL EQUITY GROUP, LLC, Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE, Respondents,
and
SERGIO D. ORTIZ, Real Party in Interest.

No. 79947

FILED

JAN 23 2020

ELIZABETH L. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss and staying the underlying case.

Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying motions to dismiss, and we are not persuaded that any exception to the general rule applies here. *Int'l Game Tech., Inc. v. Second Judicial*

20-03294

*Dist. Court*, 124 Nev. 193, 197, 179 P.3d 566, 558-59 (2008). Accordingly, we

ORDER the petition DENIED.[1]

                                            _____, C.J.
                                            Pickering

                                            _____, J.
                                            Gibbons

                                            _____, Sr. J.
                                            Douglas

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
        Dziminski Law Group
        Law Offices of John Benedict
        Law Offices of P. Sterling Kerr
        Eighth District Court Clerk

---

[1] The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.